No. 68066.—Royal Cathay Trading Co. and W. J. Byrnes & Co. v. United States, protest 60/28022 (San Francisco).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of brass lotus bowls similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122 C.D. 2291), the claim of the plaintiffs was sustained.